**Kareem Dawud FARRAKHAN, Appellant,**

v.

**CITY OF OMAHA, Appellee.**

No. 04–3960.

United States Court of Appeals, Eighth Circuit.

Submitted Feb. 28, 2006.

Decided March 7, 2006.

Kareem Dawud Farrakhan, Omaha, NE, pro se.aBernard J. In Den Bosch, City of Omaha Legal Department, Omaha, NE, for Defendant–Appellee.

Before MELLOY, FAGG, and BENTON, Circuit Judges.

---

1. The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.

PER CURIAM.

In this interlocutory appeal, Kareem Farrakhan challenges the district court's [1] denial of his motion for a temporary restraining order to enjoin a state court condemnation proceeding. Following careful review of the record, we find that the district court did not abuse its broad discretion in denying the requested injunction. *See Manion v. Nagin*, 255 F.3d 535, 538 (8th Cir.2001) (district court has broad discretion when ruling on requests for preliminary injunctions, and court of appeals reverses only for clearly erroneous factual determinations, error of law, or abuse of discretion). Farrakhan's remaining arguments are meritless. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

**1.** The Honorable Laurie Smith Camp, United States District Judge for the District of Nebraska.